# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JOHN COE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-02373-JTF-tmp |
| | ) |
| RHODES COLLEGE, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiff John Coe and Defendant Rhodes College, by and through their respective undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate that the above-styled action is voluntarily dismissed with prejudice.

Respectfully submitted this 1st day of July 2019.

| | |
|---|---|
| */s/ Bryce Ashby with permission* | */s/ James A. Haltom* |
| Donald A. Donati (BPRN 8633) | James A. Haltom (BPRN 28495) |
| Bryce W. Ashby (BPRN 26179) | Woods Drinkwater (BPRN 33838) |
| DONATI LAW, PLLC | NELSON MULLINS RILEY & SCARBOROUGH, LLP |
| 1545 Union Avenue | One Nashville Place, Suite 1100 |
| Memphis, TN 38104 | 150 Fourth Avenue North |
| Email: don@donatilaw.com | Nashville, TN 37219 |
| Email: bryce@donatilaw.com | Phone: (615) 664 – 5339 |
| *Counsel for Plaintiff* | Fax: (615) 664 – 5399 |
| | Email: james.haltom@nelsonmullins.com |
| | Email: woods.drinkwater@nelsonmullins.com |

Daniel A. Cohen
Georgia Bar No. 173474
*Pro hac vice* application pending
Ashley A. Akins
Georgia Bar No. 852607
*Pro hac vice* application pending
NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station / Suite 1700
201 17th Street, NW
Atlanta, GA 30363
Phone: (404) 322-6223
Fax: (404) 322-6050
Email: dan.cohen@nelsonmullins.com
Email: ashley.akins@nelsonmullins.com
*Counsel for Rhodes College*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was served on counsel of record by the Court's ECF system and by placing a true and accurate copy in the U.S. Mail, postage prepaid, to the following:

> Donald A. Donati, Esq.
> Bryce W. Ashby, Esq.
> Donati Law, PLLC
> 1545 Union Avenue
> Memphis, TN 38104
> Email: don@donatilaw.com
> Email: bryce@donatilaw.com

Dated July 1, 2019.                                              */s/ James A. Haltom*
                                                                          James A. Haltom