# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**JOHN COE,**

    Plaintiff,

v.                                                         Case No. 2:19-cv-02373-JTF-tmp

**RHODES COLLEGE,**

    Defendant.

# JUDGMENT

    **DECISION BY COURT**.  This action came for consideration before the Court.  The issues have been duly considered, and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order of Dismissal with Prejudice entered by this Court on July 1, 2019.  (ECF No. 26.)


**APPROVED:**

*s/John T. Fowlkes, Jr.*                                         THOMAS M. GOULD
JOHN T. FOWLKES, JR.                                   CLERK
UNITED STATES DISTRICT JUDGE


July 1, 2019                                                              s/Devon C. Muse
DATE                                                                     (BY)LAW CLERK